IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

RICHARD TIPTON,                          :
    Movant,                              :
                                         :          Civil Case
      vs.                               :
                                         :          No.  98-CV-361
UNITED STATES OF AMERICA      :
                                         :

NOTICE OF APPEAL

Now comes the Defendant, RICHARD TIPTON, and hereby gives notice that he appeals this Court's May 28, 2013, Order dismissing Mr. Tipton's Motion Pursuant to Fed. R. Civ. Pro. 60(b) to the United States Court of Appeals for the Fourth Circuit.

Dated, this the 24th day of July, 2013.

Respectfully submitted,

/s/ Jeffrey L. Ertel
JEFFREY L. ERTEL
Georgia Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR MR. TIPTON

CERTIFICATE OF SERVICE

I, hereby certify that the forgoing has been served upon counsel for the

Government, by hand delivery at the following address:

> Neil H. Mac Bride
> United States Attorney
> 600 East Main Street
> Suite 1800
> Richmond, Virginia 23219

Dated, this the 24th day of July, 2013.


/s/ Jeffrey L. Ertel